1  McGREGOR W. SCOTT
   United States Attorney
2  AUDREY B. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2729

5  Attorneys for Defendants

6

7  **IN THE UNITED STATES DISTRICT COURT FOR THE
   EASTERN DISTRICT OF CALIFORNIA**
8

9  NARENDRA SINGH TAXAK,                )   No. 2:08-CV-S-258 LKK KJM
                                        )
10       Plaintiff,                     )   JOINT STIPULATION AND ORDER RE:
                                        )   SCHEDULING CONFERENCE AND
11   v.                                 )   FILING DATE FOR DEFENDANTS'
                                        )   ANSWER TO THE COMPLAINT.
12  Michael Chertoff, Secretary of Homeland  )
    Security, et al.                    )
13                                      )
         Defendants.                    )
14  _____)

15

16   This is an immigration case in which plaintiff seeks mandamus relief to address an alleged

17  delayed in the adjudication of plaintiff's application to adjust status to that of lawful permanent

18  resident. The parties respectfully inform the Court that due to a recent change in policy by U.S.

19  Citizenship and Immigration Services, it is expected that the matter will shortly be adjudicated at

20  the administratively level, and this lawsuit will become moot.

21   Accordingly, the parties stipulate that in lieu of filing the scheduled Joint Status Report, the

22  government be given until June 4, 2008 to either complete adjudication of the application or file

23  an answer to the complaint. As well the parties request that the Scheduling Conference, currently

24  set for April 14, 2008, be reset for sometime after new answer filing date.

25

26

27

28

Respectfully submitted,

Dated: April 4, 2008

/s/ Audrey B. Hemesath
Audrey Hemesath
Assistant United States Attorney


/s/ Ajai Mathew
Ajai Mathew
Counsel for Plaintiff

## ORDER

For the reasons set forth in the Joint Stipulation, the government's date for completing adjudication of the application to adjust status or filing an answer to the complaint is extended to June 4, 2008, and the Scheduling Conference is reset to July 7, 2008 at 1:30 p.m.

Dated:   April 8, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

-2-