McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARENDRA SINGH TAXAK,<br><br>    Plaintiff,<br><br>    v.<br><br>Michael Chertoff, Secretary of Homeland Security, et al.<br><br>    Defendants. | No. 2:08-CV-S-258 LKK KJM<br><br>SECOND JOINT STIPULATION AND ORDER RE: SCHEDULING CONFERENCE AND FILING DATE FOR DEFENDANTS' ANSWER TO THE COMPLAINT. |

This is an immigration case in which plaintiff seeks mandamus relief to address an alleged delayed in the adjudication of plaintiff's application to adjust status to that of lawful permanent resident. The parties previously stipulated to one extension of time for the government to file its answer to the complaint, until June 4, 2008. The parties advise that due to a recent move by plaintiff, on the administrative level the case has been transferred to the Detroit office of Citizenship and Immigration Services. Within that office, plaintiff has been scheduled for an interview at the end of the month. It is expected that the case will be adjudicated by CIS shortly after the interview is conducted.

Accordingly, the parties stipulate that the government be granted an additional 60-day extension of time, until August 4, 2008, to either complete adjudication of the application or file an answer to the complaint. As well the parties request that the Scheduling Conference, currently set for July 7, 2008, be reset for sometime after new answer filing date.

-1-

Respectfully submitted,

Dated: May 27, 2008

/s/ Audrey B. Hemesath
Audrey Hemesath
Assistant United States Attorney


/s/ Ajai Mathew
Ajai Mathew
Counsel for Plaintiff

## [PROPOSED] ORDER

For the reasons set forth in the Joint Stipulation, the government's date for completing adjudication of the application to adjust status or filing an answer to the complaint is extended to August 4, 2008, and the Scheduling Conference is reset to September 2, 2008 at 1:30 p.m.

Dated: June 5, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT